NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1108

MIL-SPEC INDUSTRIES CORP.,

Appellant,

v.

John McHugh, SECRETARY OF THE ARMY,

Appellee.

Appeal from the Armed Services Board of Contract Appeals in no. 56070, Administrative Judge David W. James, Jr.

ON MOTION

ORDER

Upon consideration of the motion for a 30-day extension of time, until February 16, 2010, for the appellant to file the Entry of Appearance, Certificate of Interest and Docketing Statement,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 2 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Ayse Erguner
    Domenique Kirchner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2010

JAN HORBALY
CLERK